USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/9/2019_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE GTX, INC. SHAREHOLDERS LITIGATION

19 Civ. 3239 (AT)
**ORDER**

ANALISA TORRES, District Judge:

Having reviewed the parties' pre-motion letters dated November 26 and December 6, 2019, ECF Nos. 42, 43, it is hereby ORDERED that:

1. By **January 10, 2020**, Defendants shall file their motion to dismiss;
2. By **January 31, 2020**, Plaintiffs shall file their opposition; and
3. By **February 14, 2020**, Defendants shall file their reply, if any.

SO ORDERED.

Dated: December 9, 2019
New York, New York

ANALISA TORRES
United States District Judge