# MONTEVERDE & ASSOC
## ATTORNEYS AT LAW

THE EMPIRE STATE BUILDING
350 FIFTH AVENUE, SUITE 4405
NEW YORK, NEW YORK 10118

**Juan E. Monteverde**
jmonteverde@monteverdelaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/3/2020

January 31, 2020

VIA ECF AND EMAIL (Torres NYSDChambers@nysd.uscourts.gov)

Hon. Analisa Torres
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

  Re: <u>In Re GTX, Inc. Shareholders Litigation</u>, No. 1:19-cv-03239 (AT) (JLC)

Dear Judge Torres:

  Pursuant to Rule IV.A of Your Honor's Individual Practices in Civil Cases, Lead Plaintiffs respectfully request leave to file the accompanying Memorandum of Law in Opposition to Defendants' Motion to Dismiss (the "Memorandum of Law") on the public docket with certain portions redacted, and to file the unredacted version under seal.

  Lead Plaintiffs seek to redact the same confidential information that the Court previously permitted to be redacted in their Amended Class Action Complaint, and that Defendants redacted in their memorandum of law in support of their motion to dismiss. Accordingly, Lead Plaintiffs respectfully submit that good cause exists to grant this request.

  Pursuant to Rule IV.A.iii of Your Honor's Practices, we have attached a complete version of the Memorandum of Law, along with the excerpted pages from the Memorandum of Law that specifically contain the proposed redactions. All of the proposed redactions have been denoted by yellow highlighting, with the exception of the presentation slide that appears on page 6 of the Memorandum of Law, which Lead Plaintiffs intend to redact in full in the publicly-available filing.

Respectfully Submitted,

/s/ Juan E. Monteverde

GRANTED. By **February 7, 2020**, Plaintiffs shall file their memorandum of law in opposition to Defendants' motion to dismiss on the public docket with redactions, and file the unredacted version under seal.

SO ORDERED.

Dated: February 3, 2020
   New York, New York

ANALISA TORRES
United States District Judge