UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
IN RE GTX, INC. SHAREHOLDERS
LITIGATION

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/23/2020

19 Civ. 3239 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On June 23, 2020, the Court granted Defendants' motion to dismiss the complaint, in an order issued to the public docket applying redactions consistent with the parties' prior sealing requests approved by the Court. Sealing may no longer be warranted, however. By **June 30, 2020**, the parties shall file a letter to the Court stating whether they consent to the unsealing of the Court's opinion on the motion to dismiss, and if not, their justifications for any proposed redactions.

    Any redaction or sealing of a court filing must be narrowly tailored to serve whatever purpose justifies the redaction or sealing and must be otherwise consistent with the presumption in favor of public access to judicial documents. *See, e.g., Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119–20 (2d Cir. 2006). In general, the parties' consent or the fact that information is subject to a confidentiality agreement between litigants is not, by itself, a valid basis to overcome the presumption in favor of public access to judicial documents. *See, e.g., In re Gen. Motors LLC Ignition Switch Litig.*, No. 14 MD 2543, 2015 WL 4750774, at *4 (S.D.N.Y. Aug. 11, 2015).

    SO ORDERED.

Dated: June 23, 2020
       New York, New York

ANALISA TORRES
United States District Judge