USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/12/2021__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL KOPANIC,

                Plaintiff,

-against-

GTX, INC., ROBERT J. WILLS, MARC S. HANOVER, J. R. HYDE III, MICHAEL G. CARTER, J. KENNETH GLASS, GARRY A. NEIL, and KENNETH S. ROBINSON,

                Defendants.

19 Civ. 3239 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Because all claims have been dismissed and Plaintiff has failed to amend his complaint by the stated deadline, ECF No. 72, the Clerk of Court is directed to close the case.

    SO ORDERED.

Dated: April 12, 2021
         New York, New York

_____
ANALISA TORRES
United States District Judge